**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-24188 |
| | § | |
| JEREMEY K BROWN | § | |
| LISA M BROWN | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 11/29/2010. The case was converted to one under Chapter 7 on 01/20/2011. The undersigned trustee was appointed on 01/20/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $300,000.00

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $104,016.02 |
| Bank service fees | $109.63 |
| Other Payments to creditors | $4,511.07 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $64,000.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $127,363.28 |

  The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/12/2018 and the deadline for filing government claims was 02/12/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,834.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,834.21, for a total compensation of $9,834.21[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2018  By: /s/ Peter H. Arkison
                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 10-24188 | Trustee Name: | Peter H. Arkison |
|---|---|---|---|
| Case Name: | BROWN, JEREMEY K AND BROWN, LISA M | Date Filed (f) or Converted (c): | 01/20/2011 (c) |
| For the Period Ending: | 7/27/2018 | §341(a) Meeting Date: | 03/07/2011 |
| | | Claims Bar Date: | 02/12/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real property 312 13th St, Gold Bar, WA 98251 est value $186,000 less an est 9% cost of sale for an est value of $169,260.00 : Owe $246,533.00. There is no est equity in this property. | $169,260.00 | $0.00 | | $0.00 | $169,260.00 |
| 2 | Cash on hand | $20.00 | $0.00 | | $0.00 | $20.00 |
| 3 | Union Bank/Frontier Bank checking a/c#...3412 $150 First Heritage (HSA) savings a/c#...9053 | $150.00 | $0.00 | | $0.00 | $150.00 |
| 4 | Household furnishings at residence | $2,000.00 | $0.00 | | $0.00 | $2,000.00 |
| 5 | Wearing apparel at residence | $500.00 | $0.00 | | $0.00 | $500.00 |
| 6 | Jewelry at residence | $500.00 | $0.00 | | $0.00 | $500.00 |
| 7 | 401(k) with Sno Country Value $1,498.75 401(k) with MFD Value $1,011.74 | $2,510.49 | $0.00 | | $0.00 | $2,510.49 |
| 8 | Back Child Support against David Motter Value $18,650.01 | $18,650.01 | $0.00 | | $0.00 | $18,650.01 |
| 9 | 2006 Ford Fusion Value $9,275 : Owe $8,208.16 2000 Ford Explorer Value $3,125 : Owe $3,254.33 1994 Ford F350 Value $3,000 1991 Oldsmobile Bravada Value $250 1993 Ford Escort 2-Dr Hatchback Value $250 1995 Escort Wagon Value $250 (Not running) 1965 Ford Pick Up Value $100 (Not Running) | $16,250.00 | $11,462.49 | | $0.00 | $16,250.00 |
| 10 | 1973 Bayliner Mutiny w/ Trailer Value $1000 1979 Reinell 26ft Value $0 (Shell only) | $1,000.00 | $0.00 | | $0.00 | $1,000.00 |
| 11 | 4 Dogs, 1 Cat | $5.00 | $0.00 | | $0.00 | $5.00 |
| 12 | Interest in personal injury/product liability action (u) | $0.00 | $236,000.00 | | $300,000.00 | $0.00 |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $210,845.50 | $247,462.49 | | $300,000.00 | $210,845.50 |

| Case No.: | 10-24188 | Trustee Name: | Peter H. Arkison |
| Case Name: | BROWN, JEREMEY K AND BROWN, LISA M | Date Filed (f) or Converted (c): | 01/20/2011 (c) |
| For the Period Ending: | 7/27/2018 | §341(a) Meeting Date: | 03/07/2011 |
| | | Claims Bar Date: | 02/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):     Current Projected Date Of Final Report (TFR):     /s/ PETER H. ARKISON
                                                                                                    PETER H. ARKISON

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1     Exhibit B

| Case No. | 10-24188 | | Trustee Name: | Peter H. Arkison |
|---|---|---|---|---|
| Case Name: | BROWN, JEREMEY K AND BROWN, LISA M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1009 | | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | **-***1010 | | Account Title: | |
| For Period Beginning: | 11/29/2010 | | Blanket bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 7/27/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2018 | | Wexler Wallace LLP | Net proceeds from settlement of Multi District Litigation | * | $191,472.91 | | $191,472.91 |
| | {12} | | Gross settlement $300,000.00 | 1242-000 | | | $191,472.91 |
| | | | Counsel for Multi District Litigation $(99,000.00) | 3210-600 | | | $191,472.91 |
| | | | Multi District litigation expenses $(5,016.02) | 3220-610 | | | $191,472.91 |
| | | | Medicare, Medicaid, Premera Blue Cross medical liens $(4,511.07) | 4220-000 | | | $191,472.91 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $109.63 | $191,363.28 |
| 07/16/2018 | 3001 | Jeremey and Lisa Brown | | 8100-002 | | $64,000.00 | $127,363.28 |
| | | | TOTALS: | | $191,472.91 | $64,109.63 | $127,363.28 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $191,472.91 | $64,109.63 | |
| | | | Less: Payments to debtors | | $0.00 | $64,000.00 | |
| | | | Net | | $191,472.91 | $109.63 | |

**For the period of 11/29/2010 to 7/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $300,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $300,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $108,636.72 |
| Total Non-Compensable Disbursements: | $64,000.00 |
| Total Comp/Non Comp Disbursements: | $172,636.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/20/2018 to 7/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $300,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $300,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $108,636.72 |
| Total Non-Compensable Disbursements: | $64,000.00 |
| Total Comp/Non Comp Disbursements: | $172,636.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

| | | | | Page No: 2 | | Exhibit B |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-24188 | | **Trustee Name:** | Peter H. Arkison |
| **Case Name:** | BROWN, JEREMEY K AND BROWN, LISA M | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1009 | | **Checking Acct #:** | ******8801 |
| **Co-Debtor Taxpayer ID #:** | **-***1010 | | **Account Title:** | |
| **For Period Beginning:** | 11/29/2010 | | **Blanket bond (per case limit):** | $78,753,461.00 |
| **For Period Ending:** | 7/27/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $191,472.91 | $64,109.63 | $127,363.28 |

**For the period of 11/29/2010 to 7/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $300,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $300,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $108,636.72 |
| Total Non-Compensable Disbursements: | $64,000.00 |
| Total Comp/Non Comp Disbursements: | $172,636.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2011 to 7/27/2018**

| | |
|---|---|
| Total Compensable Receipts: | $300,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $300,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $108,636.72 |
| Total Non-Compensable Disbursements: | $64,000.00 |
| Total Comp/Non Comp Disbursements: | $172,636.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ PETER H. ARKISON

PETER H. ARKISON

| Case No.: | 10-24188 | | | Trustee Name: | Peter H. Arkison |
| Case Name: | BROWN, JEREMEY K AND BROWN, LISA M | | | Date: | 7/27/2018 |
| Claims Bar Date: | 02/12/2018 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WEXLER WALLACE LLP  55 West Monroe St. Suite 3300 Chicago IL 60603 | 06/20/2018 | Trustees Special Counsel Fees | Allowed | 3210-600 | $0.00 | $99,000.00 | $99,000.00 | $99,000.00 | $0.00 | $0.00 | $0.00 |
| | WEXLER WALLACE, LLP | 06/20/2018 | Trustees Special Counsel Expenses | Allowed | 3220-610 | $0.00 | $5,016.02 | $5,016.02 | $5,016.02 | $0.00 | $0.00 | $0.00 |
| | WEXLER WALLACE, LLP | 06/20/2018 | Other Administrative Expense | Allowed | 2990-000 | $0.00 | $4,511.07 | $4,511.07 | $4,511.07 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Medicare, Medicaid, Premera Blue Cross medical liens pursuant to Order of June 11, 2018

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JEREMEY AND LISA BROWN | 06/23/2018 | Exemptions | Allowed | 8100-002 | $64,000.00 | $64,000.00 | $64,000.00 | $64,000.00 | $0.00 | $0.00 | $0.00 |
| | PETER H. ARKISON  103 E Holly St Suite 502 Bellingham WA 98225 | 07/27/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,834.21 | $9,834.21 | $0.00 | $0.00 | $0.00 | $9,834.21 |
| | JEREMEY K BROWN AND LISA M BROWN 312 13TH ST GOLD BAR WA 98251 | 07/27/2018 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $104,315.83 | $104,315.83 | $0.00 | $0.00 | $0.00 | $104,315.83 |

**Claim Notes:** Debtor Surplus

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK  Dfs Services LLC P.O. Box 3025 New Albany OH 43054-3025 | 06/23/2018 | Unsecured Credit Card Creditor | Allowed | 7100-900 | $0.00 | $5,223.89 | $5,223.89 | $0.00 | $111.52 | $0.00 | $5,223.89 |
| 2 | GE MONEY BANK  c/o B-Line LLC MS 550 P.O. Box 91121 Seattle WA 98111-9221 | 06/23/2018 | Unsecured Credit Card Creditor | Allowed | 7100-900 | $0.00 | $219.31 | $219.31 | $0.00 | $4.68 | $0.00 | $219.31 |

Page No: 2     Exhibit C

| Case No.: | 10-24188 | | Trustee Name: | Peter H. Arkison |
| --- | --- | --- | --- | --- |
| Case Name: | BROWN, JEREMEY K AND BROWN, LISA M | | Date: | 7/27/2018 |
| Claims Bar Date: | 02/12/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | HSBC BANK NEVADA, N.A.<br>c/o PRA Receivables Management, LLC<br>P.O. Box 12907<br>Norfolk VA 23541 | 06/23/2018 | Unsecured Credit Card Creditor | Allowed | 7100-900 | $0.00 | $1,058.51 | $1,058.51 | $0.00 | $22.60 | $0.00 | $1,058.51 |
| 4 | WELLS FARGO DEALER SERVICES, INC.<br>P.O. Box 25341<br>Santa Ana CA 92799 | 06/23/2018 | Secured | Disallowed | 4210-000 | $0.00 | $2,812.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BENEFICIAL WASHINGTON, INC.<br>c/o PRA Receivables Management, LLC<br>P.O. Box 12907<br>Norfolk VA 23541 | 06/23/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $4,112.79 | $4,112.79 | $0.00 | $87.80 | $0.00 | $4,112.79 |
| 6 | AMERICAN EXPRESS BANK, FSB<br>c/o Beckett and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | 06/23/2018 | Unsecured Credit Card Creditor | Allowed | 7100-900 | $0.00 | $2,322.56 | $2,322.56 | $0.00 | $49.58 | $0.00 | $2,322.56 |
| | | | | | | **$302,426.69** | **$299,614.19** | **$172,527.09** | | **$276.18** | **$0.00** | **$127,087.10** |

| Case No. | 10-24188 | Trustee Name: | Peter H. Arkison |
| Case Name: | BROWN, JEREMEY K AND BROWN, LISA M | Date: | 7/27/2018 |
| Claims Bar Date: | 02/12/2018 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Exemptions | $64,000.00 | $64,000.00 | $64,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured | $4,112.79 | $4,112.79 | $0.00 | $87.80 | $0.00 | $4,112.79 |
| Other Administrative Expense | $4,511.07 | $4,511.07 | $4,511.07 | $0.00 | $0.00 | $0.00 |
| Secured | $2,812.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Surplus Funds Paid to Debtor | $104,315.83 | $104,315.83 | $0.00 | $0.00 | $0.00 | $104,315.83 |
| Trustee Compensation | $9,834.21 | $9,834.21 | $0.00 | $0.00 | $0.00 | $9,834.21 |
| Trustees Special Counsel Expenses | $5,016.02 | $5,016.02 | $5,016.02 | $0.00 | $0.00 | $0.00 |
| Trustees Special Counsel Fees | $99,000.00 | $99,000.00 | $99,000.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Credit Card Creditor | $8,824.27 | $8,824.27 | $0.00 | $188.38 | $0.00 | $8,824.27 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-24188
Case Name: JEREMEY K BROWN
LISA M BROWN
Trustee Name: Peter H. Arkison

Balance on hand: $127,363.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Wells Fargo Dealer Services, Inc. | $2,812.50 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $127,363.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Peter H. Arkison, Trustee Fees | $9,834.21 | $0.00 | $9,834.21 |
| Counsel for Multi District Litigation, Special Counsel for Trustee Fees | $99,000.00 | $99,000.00 | $0.00 |
| Multi District litigation expenses, Special Counsel for Trustee Expenses | $5,016.02 | $5,016.02 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $9,834.21
Remaining balance: $117,529.07

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $117,529.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $117,529.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,937.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,223.89 | $0.00 | $5,223.89 |
| 2 | GE Money Bank | $219.31 | $0.00 | $219.31 |
| 3 | HSBC Bank Nevada, N.A. | $1,058.51 | $0.00 | $1,058.51 |
| 5 | Beneficial Washington, Inc. | $4,112.79 | $0.00 | $4,112.79 |
| 6 | American Express Bank, FSB | $2,322.56 | $0.00 | $2,322.56 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $12,937.06 |
| Remaining balance: | $104,592.01 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $104,592.01 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $104,592.01 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.27 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $276.18. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $104,315.83.