**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | No. 10-24188 |
| JEREMEY K. BROWN | ) | |
| | ) | |
| and | ) | ORDER APPROVING FINAL REPORT AND |
| | ) | APPLICATIONS FOR ADMINISTRATIVE |
| LISA M. BROWN | ) | EXPENSES |
| | ) | |
| Debtors | ) | |

This matter having come on for hearing, upon Notice of Final Report and Applications for Compensation, it is hereby ordered that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as follows:

| Applicants | Requested Compensation | Approved Compensation |
|---|---|---|
| Clerk of the Court Filing fees | $ 0.00 | $ 0.00 |

Final Order - 1

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300

```
Peter H. Arkison                              $  9,834.21      $ 9,834.21
    Trustee fees
```

///End of Order\\\

Presented by:

s/ Peter H. Arkison
Peter H. Arkison
Trustee
WSBA 5530

Final Order - 2

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300